# VERDICT A

*Note: Complete this form by writing in the names required by your verdict.*

### Race Discrimination

On the claim of Plaintiff Marilyn Shelby against Defendant The Curators of the University of Missouri for discrimination on the basis of race as submitted in Instruction No. 17, we, the undersigned jurors, find in favor of:

_____     *The Curators of the University of Missouri*
Marilyn Shelby     or    The Curators of the University of Missouri

Note: All jurors who agree to the above findings legibly sign or print their names below.

*[signature]*       *Johanna Crouch*
Garrett Depue       Ashley Cass
*[signature] Thayer*       Mary Ardena
Amanda McBee       Catherine Fiedler

On the claim of Plaintiff Marilyn Shelby against Defendant Frankie Minor for discrimination on the basis of race as submitted in Instruction No. 17, we, the undersigned jurors, find in favor of:

_____     *Frankie Minor*
Marilyn Shelby     or    Frankie Minor

Note: All jurors who agree to the above findings legibly sign or print their names below.

*[signature]*       *Johanna Crouch*
Garrett Depue       Ashley Cass
*[signature] Thayer*       Mary Ardena
Amanda McBee       Catherine Fiedler

On the claim of Plaintiff Marilyn Shelby against Defendant Louise Wechsler on the basis of race as submitted in Instruction No. 17, we, the undersigned jurors, find in favor of:

_____     *Louise Wechsler*
Marilyn Shelby     or    Louise Wechsler

Note: All jurors who agree to the above findings legibly sign or print their names below.

_Jill O Br_____   _Johanna Couch_____
_Garrett Depue_____   _Ashley Cass_____
_[signature]_____   _Mary Hrdina_____
_Amanda McBee_____   _Catherine Fiedler_____

### Retaliation

On the claim of Plaintiff Marilyn Shelby against Defendant The Curators of the University of Missouri for retaliation as submitted in Instruction No. 19, we, the undersigned jurors, find in favor of:

_____   **The Curators of the University of Missouri**
Marilyn Shelby              or   The Curators of the University of Missouri

Note: All jurors who agree to the above findings legibly sign or print their names below.

_Jill O Br_____   _Johanna Couch_____
_Garrett Depue_____   _Ashley Cass_____
_[signature]_____   _Mary Hrdina_____
_Amanda McBee_____   _Catherine Fiedler_____

On the claim of Plaintiff Marilyn Shelby against Defendant Frankie Minor for retaliation as submitted in Instruction No. 19, we, the undersigned jurors, find in favor of:

_____   **Frankie Minor**
Marilyn Shelby              or   Frankie Minor

Note: All jurors who agree to the above findings legibly sign or print their names below.

_Jill O Br_____   _Johanna Couch_____
_Garrett Depue_____   _Ashley Cass_____
_[signature]_____   _Mary Hrdina_____
_Amanda McBee_____   _Catherine Fiedler_____

On the claim of Plaintiff Marilyn Shelby against Defendant Louise Wechsler for retaliation as submitted in Instruction No. 19, we, the undersigned jurors, find in favor of:

_____    _Louise Wechsler_____
Marilyn Shelby                    or   Louise Wechsler

Note: All jurors who agree to the above findings legibly sign or print their names below.

_[signature]_____    _Johanna Couch_____
_Garrett Depue_____    _Ashley Cass_____
_[signature]_____    _Mary Hrdina_____
_Amanda McBee_____    _Catherine Fiedler_____

On the claim of Plaintiff Marilyn Shelby against Defendant Karen Touzeau for retaliation as submitted in Instruction No. 19, we, the undersigned jurors, find in favor of:

_____    _Karen Touzeau_____
Marilyn Shelby                    or   Karen Touzeau

Note: All jurors who agree to the above findings legibly sign or print their names below.

_[signature]_____    _Johanna Couch_____
_Garrett Depue_____    _Ashley Cass_____
_[signature]_____    _Mary Hrdina_____
_Amanda McBee_____    _Catherine Fiedler_____

**Damages**

Note: Complete the following paragraph only if any of the above findings are in favor of Plaintiff Marilyn Shelby.

We, the undersigned jurors, assess the compensatory damages of Plaintiff Marilyn Shelby at: $_____ (stating the amount).

Note: All jurors who agree to the above findings legibly sign or print their names below.

[crossed out signature lines]



30